IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 02-1331-SLR ) |
| MONSANTO COMPANY, DEKALB GENETICS CORP., DOW AGROSCIENCES, LLC, and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC., collectively d.b.a. MYCOGEN SEEDS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of December 14, 2004 and in the court's memorandum opinions and orders of December 8, 2005;

IT IS ORDERED AND ADJUDGED that:

1. Judgment be and is hereby entered in favor of plaintiff Syngenta Seeds, Inc. and against defendants Monsanto Company, DeKalb Genetics Corporation, Dow Agrosciences, LLC, Mycogen Plant Science, Inc., and Argirenetics, Inc., collectively d/b/a Mycogen Seeds on the issues of infringement and inequitable conduct.

2. Judgment be and is hereby entered in favor of defendants Monsanto Company, DeKalb Genetics Corporation, Dow Agrosciences, LLC, Mycogen Plant Science, Inc., and Argirenetics, Inc., collectively d/b/a Mycogen Seeds and against plaintiff

Syngenta Seeds, Inc. on the issue of invalidity.

_____
United States District Judge

Dated: December 14, 2005

_____
(By) Deputy Clerk

2