# United States Court of Appeals for the Federal Circuit

2006-1203, -1204, -1205

SYNGENTA SEEDS, INC.,

Plaintiff-Appellant,

v.

MONSANTO COMPANY and DEKALB GENETICS CORP.,

Defendants-Cross Appellants,

and

DOW AGROSCIENCES LLC, MYCOGEN PLANT SCIENCE, INC.
and AGRIGENETICS, INC.
(Collectively doing business as Mycogen Seeds),

Defendants-Cross Appellants.

# JUDGMENT

Appeal from the United States District Court for the District of Delaware
in case no. 02-CV-1331, Chief Judge Sue L. Robinson.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

## AFFIRMED.

ENTERED BY ORDER OF THE COURT

DATED: MAY 0 3 2007

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 6|1|07

ISSUED AS A MANDATE:   JUN 0 1 2007